THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES CARLESI, Appellant.

*People* v. *Carlesi,* 154 App. Div. 481, affirmed.
(Argued March 19, 1913; decided April 4, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1913, which affirmed a judgment of the Court of General Sessions of the county of New York rendered upon a verdict convicting the defendant of the crime of forgery in the second degree as a second offense. The principal question at issue was as to whether the fact that the defendant had been granted a pardon of his first offense relieved him from the increased punishment prescribed for crimes as second offenses.

*George Gordon Battle, Albert Blogg Unger, James E. Brande* and *Joseph Weber* for appellant.

*Charles S. Whitman, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed, on opinion of MILLER, J., below.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.